IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRED WILLIAMS,<br><br>          Plaintiff,<br><br>v.<br><br>ALLSTATE VEHICLE &<br>PROPERTY INSURANCE CO.,<br><br>          Defendant. | CIVIL ACTION<br>NO. ~~18-0075~~<br>18-675 |

## ORDER

AND NOW, this 27th day of August 2018, upon consideration of Defendant's Motion to Dismiss the Complaint (Doc. No. 5), Plaintiff's Response in Opposition (Doc. No. 6), Defendant's Reply (Doc. No. 7), Plaintiff's Sur-Reply (Doc. No. 9, Ex. A), Plaintiff's Supplemental Response in Opposition to the Motion to Dismiss (Doc. Nos. 15), Defendant's letter in further support of its Motion to Dismiss (Doc. No. 16), the arguments of counsel at the April 19, 2018 hearing on the Motion to Dismiss (Doc. No. 17) and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Motion to Dismiss (Doc. No. 5) is **GRANTED**. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.